# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| DREYMOOR FERTILIZERS OVERSEAS PTE. LTD. a Singapore entity, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) ) Case No. |
| AVAGRO, LLC, a Kansas limited liability company, and UAB AVAGRO, a Lithuanian corporation, | ) ) ) ) ) |
| Respondents. | ) ) ) |

## DECLARATION OF SURAJ AGGARWAL

My name is Suraj Aggarwal. I am an adult of sound mind. The statements in this declaration are based on my personal knowledge of the facts and events stated.

1. I am currently employed as the Director of Finance and Strategy at Dreymoor Fertilizers Overseas Pte. Ltd. ("Dreymoor"). Dreymoor is a company registered in Singapore with its principal place of business at 24 RAFFLES PLACE, 12-06 CLIFFORD CENTRE, SINGAPORE 048621, and is engaged in the business of trading fertilizer products.

2. AVAgro, LLC is a Kansas limited liability company, with its principal place of business at 550 N. 159th Street East, Suite 100A, Wichita, KS 67230.

3. UAB AVAgro is a Lithuanian corporation, with its principal place of business at 9 ojo FoAo g.47, Kaunas, Lithuania, LT-48100. UAB AVAgro is wholly owned by AVAgro LLC. Both of these corporate entities are engaged in the business of trading fertilizer products.

4. UAB AVAgro is wholly owned by AVAgro, LLC, which is wholly owned by Anna Mikhailova, who operates both entities from AVAgro, LLC's principal place of business at 550

**EXHIBIT 1**

N. 159th Street East, Suite 100A, Wichita, Kansas 67230. Anna Mikhailova is a resident of Butler County, Kansas.

5. On or about October 22, 2018, the parties entered into a Sales Contract, #101-S10/2018/UAN/UAB (the "Contract"). Section 29 of the Contract provides that disputes between the parties "shall be settled by final and binding arbitration," and that the "decision of the arbitrator on any controversy or claim under this Contract shall be final." Section 28 of the Contract provides that the parties agreed that "a final judgment in any arbitration, action or proceeding brought in accordance with Sections 28 and 29, hereof, and arising out of or relating to this Contract, shall be conclusive . . ." A true and correct copy of the Contract is attached to the Petition as Exhibit A.

6. Disputes arose between the parties as it relates to the Contract. In accordance with Section 29 of the Contract, UAB AVAgro submitted a Notice of Arbitration against Dreymoor on January 31, 2019. On March 8, 2019, Dreymoor responded to the Notice of Arbitration, asserted counterclaims against UAB AVAgro, and joined as a party and asserted claims against AVAgro LLC. The arbitration proceeding was assigned Case No. 01-19-0000-3381. The arbitration proceeding occurred under the International Centre for Dispute Resolution, International Arbitration Rules and Procedures, and was administered by the American Arbitration Association. On March 22, 2019, Matthew E. Draper was selected to hear the matter as the sole arbitrator. An evidentiary hearing took place in New York City, New York on October 21-22, 2019. Each party was represented by legal counsel at the hearing. All the foregoing being referred to hereinafter as the "Arbitration."

7. The Final Award in the Arbitration was made by Arbitrator Draper on February 15, 2020. A true and correct copy of the signed and notarized Final Award is attached to the Petition as Exhibit B.

8. As of the date of signing this Declaration, AVAgro, LLC and UAB AVAgro have failed to make payment to Dreymoor of the amounts awarded in the Final Award.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 27, 2020.

_____
SURAJ AGGARWAL